NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIO MARTINEZ MIRANDA, AKA Julio Salazar Maldonado, AKA Jose Edgar Salazar Miranda, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No. 19-71129 <br><br> Agency No. A201-223-345 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 14, 2020**

Before:     CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

Julio Martinez Miranda, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

denial of a motion to reopen.  *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2010).  We deny the petition for review.

The BIA did not abuse its discretion in denying Martinez Miranda's motion to reopen, where he did not establish that the newly submitted evidence was previously unavailable.  *See id.* at 986 (BIA may deny a motion to reopen for failure to introduce previously unavailable evidence).  Martinez Miranda's contention that the BIA failed to meaningfully address the claims in his motion is not supported.

**PETITION FOR REVIEW DENIED.**

19-71129